Case 1:18-md-02865-LAK-RWL   Document 715   Filed 12/22/21   Page 1 of 3

**EXECUTION COPY**



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3-29-22

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re

CUSTOMS AND TAX ADMINISTRATION OF THE
KINGDOM OF DENMARK
(SKATTEFORVALTNINGEN) TAX REFUND
SCHEME LITIGATION

This document relates to case no. 18-cv-09494.

MASTER DOCKET

18-md-2865 (LAK)

## [PROPOSED] CONSENT JUDGMENT

WHEREAS, on June 14, 2018, plaintiff Skatteforvaltningen ("SKAT")

commenced this action against defendants Tew Enterprises, LLC Retirement Plan ("Tew

Enterprises") and Andrea Tew, and on April 24, 2020, SKAT filed an amended complaint

against the defendants (the foregoing collectively hereinafter referred to as the "Action");

WHEREAS, SKAT and defendants Tew Enterprises now wish to resolve all the claims

SKAT asserted in the Action against Tew Enterprises;

NOW THEREFORE, without trial or adjudication of issue of fact or law, and upon Tew

Enterprises' consent, the Court finds that there is good and sufficient cause to enter this Consent

Judgment, and that IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED THAT:

1.      This Consent Judgment is hereby entered in favor of plaintiff SKAT against

defendant Tew Enterprises in the amount of $2,389,000 (US); and

2.      Defendant Tew Enterprises shall be liable to pay the amount set forth in

paragraph 1.

3.      Each party shall bear its own attorneys' fees and costs.

56

61789524_1

**EXECUTION COPY**

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this Court shall retain

jurisdiction of this matter for the purposes of enforcing the terms of this Consent Judgment.

Dated: New York, New York
      June _7_, 2021

By: _____

HUGHES HUBBARD & REED LLP
Marc A. Weinstein
Neil J. Oxford
Dustin P. Smith
One Battery Park Plaza
New York, New York 10004-1482
Telephone: (212) 837-6000
Fax: (212) 422-4726
marc.weinstein@hugheshubbard.com
neil.oxford@hugheshubbard.com
dustin.smith@hugheshubbard.com

*Counsel for Plaintiff Skatteforvaltningen*
*(Customs and Tax Administration of the*
*Kingdom of Denmark)*

By: _____

SEWARD & KISSEL LLP
Mark J. Hyland
Thomas Ross Hooper
One Battery Park Plaza
New York, New York 10004
Tel: (212) 574-1200
Fax: (212) 480-8421
hyland@sewkis.com
hooper@sewkis.com

*Counsel for Tew Enterprises, LLC Retirement*
*Plan*

SO ORDERED:

_____
Lewis A. Kaplan
United Stated District Judge

57

Dated: New York, New York
     June __, 2021

By: _____

HUGHES HUBBARD & REED LLP
Marc A. Weinstein
Neil J. Oxford
Dustin P. Smith
One Battery Park Plaza
New York, New York 10004-1482
Telephone: (212) 837-6000
Fax: (212) 422-4726
marc.weinstein@hugheshubbard.com
neil.oxford@hugheshubbard.com
dustin.smith@hugheshubbard.com

*Counsel for Plaintiff Skatteforvaltningen
(Customs and Tax Administration of the
Kingdom of Denmark)*

By: _____

SEWARD & KISSEL LLP
Mark J. Hyland
Thomas Ross Hooper
One Battery Park Plaza
New York, New York 10004
Tel: (212) 574-1200
Fax: (212) 480-8421
hyland@sewkis.com
hooper@sewkis.com

*Counsel for Tew Enterprises, LLC Retirement
Plan*

SO ORDERED:

_____
Lewis A. Kaplan
United Stated District Judge

3/24/22