# Exhibit 4

<mark>Case 1:18-md-02865-LAK    Document 332-16    Filed 04/27/20    Page 2 of 2</mark>



ELYSIUM-06020028