**EXECUTION COPY**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re

CUSTOMS AND TAX ADMINISTRATION OF THE
KINGDOM OF DENMARK
(SKATTEFORVALTNINGEN) TAX REFUND
SCHEME LITIGATION

This document relates to case no. 18-cv-09494.

MASTER DOCKET

18-md-2865 (LAK)

## [PROPOSED] CONSENT JUDGMENT

WHEREAS, on June 14, 2018, plaintiff Skatteforvaltningen ("SKAT")
commenced this action against defendants Tew Enterprises, LLC Retirement Plan ("Tew
Enterprises") and Andrea Tew, and on April 24, 2020, SKAT filed an amended complaint
against the defendants (the foregoing collectively hereinafter referred to as the "Action");

WHEREAS, SKAT and defendants Tew Enterprises now wish to resolve all the claims
SKAT asserted in the Action against Tew Enterprises;

NOW THEREFORE, without trial or adjudication of issue of fact or law, and upon Tew
Enterprises' consent, the Court finds that there is good and sufficient cause to enter this Consent
Judgment, and that IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED THAT:

1.      This Consent Judgment is hereby entered in favor of plaintiff SKAT against
defendant Tew Enterprises in the amount of $2,389,000 (US); and

2.      Defendant Tew Enterprises shall be liable to pay the amount set forth in
paragraph 1.

3.      Each party shall bear its own attorneys' fees and costs.

56

61789524_1

**EXECUTION COPY**

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this Court shall retain

jurisdiction of this matter for the purposes of enforcing the terms of this Consent Judgment.

Dated: New York, New York
      June _7_, 2021

By: _____        By: _____

HUGHES HUBBARD & REED LLP       SEWARD & KISSEL LLP
Marc A. Weinstein                    Mark J. Hyland
Neil J. Oxford                        Thomas Ross Hooper
Dustin P. Smith                     One Battery Park Plaza
One Battery Park Plaza           New York, New York 10004
New York, New York 10004-1482    Tel: (212) 574-1200
Telephone: (212) 837-6000       Fax: (212) 480-8421
Fax: (212) 422-4726             hyland@sewkis.com
marc.weinstein@hugheshubbard.com  hooper@sewkis.com
neil.oxford@hugheshubbard.com
dustin.smith@hugheshubbard.com

                                        *Counsel for Tew Enterprises, LLC Retirement*
*Counsel for Plaintiff Skatteforvaltningen*  *Plan*
*(Customs and Tax Administration of the*
*Kingdom of Denmark)*


SO ORDERED:


_____
Lewis A. Kaplan
United Stated District Judge

57

61789524_1

Dated: New York, New York
       June 7, 2021

By: _____

HUGHES HUBBARD & REED LLP
Marc A. Weinstein
Neil J. Oxford
Dustin P. Smith
One Battery Park Plaza
New York, New York 10004-1482
Telephone: (212) 837-6000
Fax: (212) 422-4726
marc.weinstein@hugheshubbard.com
neil.oxford@hugheshubbard.com
dustin.smith@hugheshubbard.com

*Counsel for Plaintiff Skatteforvaltningen
(Customs and Tax Administration of the
Kingdom of Denmark)*


SO ORDERED:

_____
Lewis A. Kaplan
United Stated District Judge

By: _____

SEWARD & KISSEL LLP
Mark J. Hyland
Thomas Ross Hooper
One Battery Park Plaza
New York, New York 10004
Tel: (212) 574-1200
Fax: (212) 480-8421
hyland@sewkis.com
hooper@sewkis.com

*Counsel for Tew Enterprises, LLC Retirement
Plan*